**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **NRPF Group Two, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-4920079** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **One Buckhead Plaza**<br>**3060 Peachtree Road, NW**<br>**Suite 425**<br>**Atlanta, GA 30305**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Fulton**<br>County | **Location of principal assets, if different from principal place of business**<br>**Various**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **NRPF Group Two, LLC**                                    Case number (*if known*) _____
Name

---

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____**7225**____

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor __NRPF Group Two, LLC_____ Case number (*if known*) _____
        Name

List all cases. If more than 1,
attach a separate list

Debtor   **See Attachment**                              Relationship _____
District _____  When _____  Case number, if known _____

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

    Contact name _____

    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor     **NRPF Group Two, LLC**                                          Case number (*if known*) _____
         Name

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
    of authorized
    representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **March 24, 2026**
                 MM / DD / YYYY

_X_ **/s/ Katie S. Goodman**                                 **Katie S. Goodman**
    Signature of authorized representative of debtor          Printed name

    Title   **CRO**

---

**18. Signature of attorney**     _X_ **/s/ J. Robert Williamson**                Date **March 24, 2026**
                                      Signature of attorney for debtor                 MM / DD / YYYY

                                  **J. Robert Williamson 765214**
                                  Printed name

                                  **Scroggins, Williamson & Ray, P.C.**
                                  Firm name

                                  **4401 Northside Parkway**
                                  **Suite 230**
                                  **Atlanta, GA 30327**
                                  Number, Street, City, State & ZIP Code

                                  Contact phone   **404-893-3880**        Email address   **rwilliamson@swlawfirm.com**

                                  **765214 GA**
                                  Bar number and State

---

Debtor    **NRPF Group Two, LLC**                          Case number (*if known*) _____
Name

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____        Chapter    **11**

☐ Check if this is an
amended filing

---

**FORM 201. VOLUNTARY PETITION**

**Pending Bankruptcy Cases Attachment**

| | | | |
|---|---|---|---|
| Debtor | **Neighborhood Restaurant Partners Florida, LLC** | Relationship to you | **Affiliate** |
| District | **Northern District of Georgia**    When    **3/24/26** | Case number, if known | |
| Debtor | **Neighborhood Restaurant Partners Florida Two, LLC** | Relationship to you | **Affiliate** |
| District | **Northern District of Georgia**    When    **3/24/26** | Case number, if known | |

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 5

**Fill in this information to identify the case:**

Debtor name  **NRPF Group Two, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

████  **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the Consolidated 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **03/24/2026**       X **/s/ Katie S. Goodman**
                                          Signature of individual signing on behalf of debtor

                                          **Katie S. Goodman**
                                          Printed name

                                          **CRO**
                                          Position or relationship to debtor

Fill in this information to Identify the case:

Debtor Name:   NRPF Group Two, LLC

United States Bankruptcy Court for the:     Northern District of Georgia

Case Number (If known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | EQUITY BANK PO BOX 780163 WICHITA, KS  67278-0163 | CONTACT: BRIAN CHAMBERLIN BCHAMBERLIN@EQUITYBANK.COM | BANK LOAN | UNLIQUIDATED, DISPUTED | | | $13,184,000.00 |
| 2 | APPLEBEES SERVICES 9727 ANTIOCH ROAD PO BOX 12130 OVERLAND PARK, KS  66282 | CONTACT: JUSTIN MA JUSTIN.MA@DINEBRANDS.COM | FRANCHISE AGREEMENTS LOANS | | | | $4,639,374.31 |
| 3 | REALTY INCOME CORPORATION (NYSE "O") THE MONTHLY DIVIDEND COMPANY 2325 E CAMELBACK ROAD 9TH FLOOR PHOENIX, AZ  85016 | CONTACT: JEFF KOERPERICK JKOERPERICK@REALTYINCOME.COM | LEASE | | | | $1,105,943.10 |
| 4 | SCF REALTY CAPITAL LLC C/O ASSET MANAGER 47 HULFISH ST, STE 210 PRINCETION, NJ  08542 | CONTACT: MAX IVANOV MIVANOV@ESSENTIALPROPERTIES.COM | LEASE | | | | $378,863.17 |
| 5 | BETTJA JEBAILEY, LLC 3700 34TH STREET STE 300 ORLANDO, FL  32805 | CONTACT: RAQUEL ROBINSON RROBINSON@PH-DEV.COM | LEASE | | | | $321,275.67 |
| 6 | HILLSBOROUGH COUNTY TAX COLLECTOR 2506 N. FALKENBURG ROAD TAMPA, FL  33619 | CONTACT: NANCY C. MILLAN TAXES@HILLSTAXFL.GOV | TAX | | | | $285,299.00 |
| 7 | BEN HUR CELEBRATION, LLC 2400 US HIGHWAY 1 NORTH BRUNSWICK, NJ  08902 | CONTACT: PATRICK KOENIG PKOENIG@FLAGLER-REALTY.COM | LEASE | | | | $259,356.49 |

Debtor: NRPF Group Two, LLC                                    Case Number  (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8  ORANGE COUNTY - SCOTT RANDOLPH, TAX COLLECTOR PO BOX 545100 ORLANDO, FL  32854 | CONTACT: SCOTT RANDOLPH TAXCOLLECTOR@OCTAXCOL. COM | TAX | | | | $204,981.77 |
| 9  WELLS KISSIMMEE, LLC P.O. BOX 1855 FLAT ROCK, NC  28731 | CONTACT: WILLIAM HALE WILLYMAXHALE@GMAIL.COM | LEASE | | | | $146,101.15 |
| 10  PINELLAS COUNTY TAX COLLECTOR 29399 US HWY 19 N, 200, CLEARWATER, FL 33761 TAMPA, FL  33631-3149 | CONTACT: ADAM ROSS ADAMROSS@PINELLASTAXCO LLECTOR.GOV | TAX | | | | $134,246.88 |
| 11  POLK COUNTY TAX COLLECTOR 430 EAST MAIN STREET, BARTOW, FLORIDA 33830 BARTOW, FL  33831-1189 | CONTACT: JOE G. TEDDER POLKTAXES.COM | TAX | | | | $96,482.92 |
| 12  AMERICAN ENVIRONMENT FOUNDATION 1937 LASKIN ROAD VIRGINIA BEACH, VA  23454 | CONTACT: CRAIG DAVIS CRAIG@AMERICANENVIRON MENTFOUNDATION.ORG | LEASE | | | | $89,910.90 |
| 13  VOLUSIA COUNTY REV DIVISION 1200 DELTONA BLVD. SUITE 27-28 DELTONA, FL  32725 | CONTACT: WILL ROBERTS VCTAXCOLLECTOR.ORG | TAX | | | | $88,458.03 |
| 14  MCO INTERNATIONAL PROPERTIES, LLC PO BOX 306 HARTSDALE, NY  10530 | CONTACT: THOMAS LEE PROPERTYMANAGEMENTOFF ICE1@GMAIL.COM | LEASE | | | | $85,605.62 |
| 15  OSCEOLA COUNTY - BRUCE VICKERS, TAX COLLECTOR PO BOX 442105 KISSIMEE, FL  34742 | CONTACT: BRUCE VICKERS OSCEOLATAXCOLLECTOR.OR G | TAX | | | | $84,160.70 |
| 16  LAKE COUNTY TAX COLLECTOR 1800 DAVID WALKER DR. TAVARES, FL  32778 | CONTACT: DAVID W. JORDAN COMMERCIAL@LCPAFL.ORG | TAX | | | | $76,411.94 |
| 17  CITRUS COUNTY TAX COLLECTOR 210 N APOPKA AVE. SUITE 100 INVERNESS, FL  34450 | CONTACT: JANICE A. WARREN TAXCOLLECTOR@CITRUSTC.U S | TAX | | | | $70,607.09 |
| 18  IGEL FAMILY REALTY, LLC 250 WEST 90TH STREET SUITE 3I NEW YORK, NY  10024 | CONTACT: LYNN IGEL IGELCPA@GMAIL.COM | LEASE | | | | $69,014.14 |
| 19  DPBI TIFTON, LLC-ACH PEREGRINE PROPERTY MANAGEMENT 20 NEWMAN AVE, SUITE 1005 RUMFORD, RI  02916 | CONTACT: STEPHEN OLSON SOLSON@DPB-INC.COM | LEASE | | | | $60,468.45 |
| 20  BREVARD CO TAX COLLECTOR 400 SOUTH STREET, TITUSVILLE, FL 32780 TITUSVILLE, FL  32781-2500 | CONTACT: LISA CULLEN BUSTAX@BREVARDTC.COM | TAX | | | | $60,464.15 |

Official Form 204          **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims**          Page 2

Debtor: NRPF Group Two, LLC                                    Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21  HERNANDO COUNTY TAX COLLECTOR 20 NORTH MAIN ST, ROOM 112 BROOKSVILLE, FL 34601 | CONTACT: AMY BLACKBURN TC@HERNANDOCOUNTY.US | TAX | | | | $59,574.48 |
| 22  SUN BUENA VISTA, LP 13351 SR 535 ORLANDO, FL 32821 | CONTACT: TYLER PUDDY TYLER@VISTAHOSPITALITY.COM | LEASE | | | | $59,411.00 |
| 23  JESSE V RITTER, AS TRUSTEE 4606 OLD POLK CITY RD LAKELAND, FL 33809 | CONTACT: JESSE V RITTER JRITTER2545@YAHOO.COM | LEASE | | | | $57,431.67 |
| 24  LOWNDES COUNTY TAX COMMISSIONER 300 N. PATTERSON ST., VALDOSTA, GA 31601 VALDOSTA, GA 31603 | CONTACT: CLAY GUESS CLAY.GUESS@LOWNDESCOUNTY.COM | TAX | | | | $55,442.56 |
| 25  BAY COUNTY TAX COLLECTOR 10071 HUTCHINSON BLVD PANAMA CITY BEACH, FL 32407 | CONTACT: CHUCK PERDUE TAXCOLLECTOR@BAYCOUNTYFLTAX.GOV | TAX | | | | $46,193.26 |
| 26  KMA USA REAL PROPERTY INVESTMENSTS 1000 BRICKELL AVE SUITE 400 MIAMI, FL 33131 | CONTACT: MARIA AMIN AMINMARIADELR@GMAIL.COM | LEASE | | | | $46,047.80 |
| 27  LEON COUNTY DORIS MALOY, TAX COLLECTOR 1276 METROPOLITAN BOULEVARD, SUITE 102, TALLAHASSEE, FLORIDA 32312 TALLAHASSEE, FL 32302-1835 | CONTACT: DORIS MALOY WEBTAX@LEONCOUNTYFL.GOV | TAX | | | | $45,507.62 |
| 28  DOUGHERTY COUNTY TAX DEPT 240 PINE AVE. ALBANY, GA 31701 | CONTACT: SHONNA JOSEY DOCOTAX@DOUGHERTY.GA.US | TAX | | | | $34,395.49 |
| 29  R.V. HENDRIX TALLAHASSEE HOLDING LLC PO BOX 2949 JUPITER, FL 33468 | CONTACT: CHARLES W. HENDRIX (WOODY) HENDRIX5455@COMCAST.NET | LEASE | | | | $28,253.54 |
| 30  ALACHUA COUNTY TAX COLLECTOR 12 SE 1ST STREET COUNTY ADMINISTRATION BUILDING GAINESVILLE, FL 32601 | CONTACT: JOHN POWER INFO@ALACHUACOLLECTOR.COM | TAX | | | | $24,640.32 |

## United States Bankruptcy Court
### Northern District of Georgia

In re   **NRPF Group Two, LLC**                                   Case No. _____

                                                    Debtor(s)        Chapter        **11**  _____

# VERIFICATION OF CREDITOR MATRIX

I, the CRO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 24, 2026**                              /s/ Katie S. Goodman

                                              **Katie S. Goodman**/**CRO**
                                              Signer/Title

APPLEBEES FRANCHISOR, LLC
CHRISTINE SON, GENERAL COUNSEL
10 W. WALNUT
PASADENA, CA  91103

APPLEBEES INTERNATIONAL, INC.
CHRISTINE SON, GENERAL COUNSEL
10 W. WALNUT
PASADENA, CA  91103

APPLEBEES RESTAURANTS, LLC
CHRISTINE SON, GENERAL COUNSEL
10 W. WALNUT
PASADENA, CA  91103

APPLEBEES SERVICES
9727 ANTIOCH ROAD
PO BOX 12130
OVERLAND, KS  66282

DINE BRANDS GLOBAL, INC.
CHRISTINE SON, GENERAL COUNSEL
10 W. WALNUT
PASADENA, CA  91103

EQUITY BANK
C/O BRADLEY ARANT BOULT
CUMMINGS LLP, PROMENADE TOWER
1230 PEACHTREE ST NE, STE 2100
ATLANTA, GA  30309

EQUITY BANK
PO BOX 780163
WICHITA, KS  67278-0163

FEDERAL RESERVE BANK OF BOSTON
600 ATLANTIC AVENUE
BOSTON, MA  02210-2204

FLORIDA DEPT. OF LABOR
325 JOHN KNOX ROAD
SUITE D102
TALLAHASSEE, FL  32303

FLORIDA DEPT. OF REVENUE
5050 W. TENNESSEE STREET
TALLAHASSEE, FL  32399

FLORIDA DEPT. OF REVENUE
MARK HAMILTON, GENERAL COUNSEL
PO BOX 6668
TALLAHASSEE, FL  32314-6668

GEORGIA DEPARTMENT OF REVENUE
2595 CENTURY PARKWAY NE
SUITE 339
ATLANTA, GA  30345

GEORGIA DEPT. OF LABOR
148 ANDREW YOUNG INTL BLVD
SUITE 826
ATLANTA, GA  30303

INTERNAL REVENUE SERVICE
401 W. PEACHTREE ST., NW
STOP 334-D
ATLANTA, GA  30308

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA, PA  19101-7346

NEIGHBORHOOD REST. PARTNERS
FLORIDA, LLC
ONE BUCKHEAD PLAZA
3060 PEACHTREE ROAD NW, SUITE 425
ATLANTA, GA  30305

NEIGHBORHOOD REST. PARTNERS
FLORIDA TWO, LLC
ONE BUCKHEAD PLAZA
3060 PEACHTREE ROAD NW, SUITE 425
ATLANTA, GA  30305

OFFICE OF THE GA ATTORNEY GENERAL
40 CAPITOL SQUARE, SW
ATLANTA, GA  30334

OFFICE OF THE US TRUSTEE
362 RICHARD B RUSSELL BLDG
75 TED TURNER DRIVE, SW
ROOM 362
ATLANTA, GA  30303

UNITED STATES ATTORNEY
600 RICHARD B. RUSSELL BLDG.
75 TED TURNER DRIVE, SW
ATLANTA, GA  30303

Total: 20